| State of Alabama Unified Judicial System  Form C-34   Rev 6/88 | **SUMMONS** <br> **- CIVIL -** | Case Number <br> CV-06-21 |
|---|---|---|

IN THE _____ CIRCUIT _____ COURT OF _____ COVINGTON _____ COUNTY

**Plaintiff** Stanton Kelley, Administrator of the  v. **Defendant** TMA Forest Products Group, et al.

Estate of Willene Kelley, Deceased

**NOTICE TO** _____ D & D Lumber Company, Inc. d/b/a Lockhart Lumber Company _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____ W. Eason Mitchell _____ WHOSE

ADDRESS IS _____ The Colom Law Firm, P.O. Box 866, Columbus, MS  39703 _____

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☒ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date ___JAN 30 2006___   _Roger A. Powell_  By _____
                                    Clerk/Register

☒ Certified Mail is hereby requested.   _W. Eason Mitchell_
                                          Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

U.S. Postal Service
CERTIFIED MAIL RECEIPT

Postage  $ 1.83
Certified Fee  2.40
Return Receipt Fee (Endorsement Required)  1.85
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $ 6.08

D & D Lumber Company, Inc.
Paul S. Allersmeyer
John S. Hoenigmann
60 Wall Street
New York, NY 10005

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

D & D Lumber Company, Inc.
Paul S. Allersmeyer
John S. Hoenigmann
60 Wall Street
New York, NY 10005

2. Article Number (Transfer from service label): 7000 0520 0016 3876 4867

COMPLETE THIS SECTION ON DELIVERY
A. Signature  ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from 1? ☐ Yes   If YES, enter delivery address below: ☐ No
3. Service Type
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☒ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes