IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANTON KELLEY, *as Administrator of the Estate of Willene Kelley, deceased*, )<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>TMA FOREST PRODUCTS GROUP, et al.    )<br>)<br>Defendants.    ) | CASE NO. 2:06-CV-190-WKW |

### **ORDER**

Upon consideration of Defendants' Consent Motion for Enlargement of Time to Respond to Complaint (Doc. # 5), it is ORDERED that said motion is GRANTED. Defendants shall respond to the Complaint on or before March 22, 2006.

DONE this the 6th day of March, 2006.

                /s/  W. Keith Watkins
        UNITED STATES DISTRICT JUDGE