IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANTON KELLEY, as Administrator of the Estate of WILLENE KELLEY, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>TMA FOREST PRODUCTS GROUP, etc., et al.,<br><br>Defendants | )<br>)<br>)<br>) CASE NO. 2:06-cv-190-WKW-VPM<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT PACTIV CORPORATION'S RULE 12(B)(6) MOTION TO DISMISS AND RULE 12(E) MOTION FOR A MORE DEFINITE STATEMENT**

Defendant Pactiv Corporation ("Pactiv"), by its attorneys and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss the Complaint for failure to state a claim upon which relief can be granted. In the alternative, if Counts 3, 6, and/or 9 of the Complaint are not dismissed, Pactiv moves pursuant to Federal Rule of Civil Procedure 12(e) for a more definitive statement of those claims. In support of its motion, Pactiv files herewith a memorandum of law.

Dated: March 22, 2006

By:   s/ John A. Earnhardt
      H. Thomas Wells, Jr.
      Alabama Bar No. WEL004
      twells@maynarcooper.com
      John A. Earnhardt
      Alabama Bar No. EAR006
      jearnhardt@maynardcooper.com
      **Counsel for Pactiv Corporation**

<u>OF COUNSEL:</u>
**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel: (205) 254-1000
Fax: (205) 254-1999

<div align="center"><u>**CERTIFICATE OF SERVICE**</u></div>

I hereby certify that on March 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Defendant Louisiana-Pacific Corporation:*
Dennis R. Bailey, Esq.
R. Austin Huffaker, Esq.
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Montgomery, AL 36104
drb@rsjg.com
rah2@rsjg.com

*Attorneys for Plaintiffs:*

| | |
|---|---|
| W. Eason Mitchell | Gregory A. Cade |
| The Colom Law Firm, LLC | Environmental Litigation Group |
| Post Office Box 866 | 3529 Seventh Avenue South |
| Columbus, MS 39703-0866 | Birmingham, AL 35222 |
| emitchell@colom.com | gregc@elglaw.com |

<div style="margin-left: 40%;">s/ John A. Earnhardt<br/>OF COUNSEL</div>

01313575.1