IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANTON KELLEY, as Administrator of the Estate of Willene Kelley, deceased,<br><br>　　Plaintiff,<br><br>v.<br><br>TMA FOREST PRODUCTS GROUP, et al.<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)    CASE NO. 2:06-CV-190-WKW<br>)<br>)<br>)<br>) |

## **ORDER**

It is ORDERED that the plaintiff shall show cause **on or before April 14, 2006**, why the defendants' motions to dismiss (Doc. # 7 and Doc. # 9) should not be granted in whole or in part.

DONE this the 24th day of March, 2006.

　　　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE