## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

STANTON KELLEY, Administrator of the
Estate of WILLENE KELLEY, Deceased                                    **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 2:06-CV-190-WKW**

**TMA FOREST PRODUCTS GROUP; et al.**                          **DEFENDANTS**

### MOTION TO REMAND

The Plaintiff moves this Court for an order remanding this cause back to the Circuit Court of Covington County, Alabama, because:

1.    This Court lacks subject matter jurisdiction.

2.    There is no diversity of citizenship required by 28 U.S.C. 1332.

3.    Remand is proper under 28 U.S.C. 1447(c) and the reasons and arguments set out in Plaintiff's Memorandum in Support of Motion to Remand.

This 7th day of April, 2006.


                                          /s/ W. Eason Mitchell
                                         W. EASON MITCHELL (MIT020)
                                         The Colom Law Firm, LLC
                                         Post Office Box 866
                                         Columbus, MS 39703-0866
                                         Telephone: 662-327-0903
                                         Facsimile: 662-329-4832
                                         emitchell@colom.com

/s/ Gregory A. Cade
GREGORY A. CADE (CAD010)
Environmental Litigation Group
3529 Seventh Avenue South
Birmingham, AL  35222
Telephone: 205-328-9200
Facsimile: 205-328-9206
gregc@elglaw.com


## Certificate of Service


I, W. Eason Mitchell, hereby certify that on April 7, 2006, I electronically filed the foregoing *Motion to Remand* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    H. Thomas Wells, Jr., Esq.
    John A. Earnhardt, Esq.
    Dennis R. Bailey, Esq.
    R. Austin Huffaker, Esq.


/s/ W. Eason Mitchell
W. Eason Mitchell

45563.wpd