IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STANTON KELLEY, as Administrator of      )
the Estate of Willene Kelley, deceased,  )
                                         )
            Plaintiff,                   )
                                         )
    v.                                   )        CASE NO. 2:06-CV-190-WKW
                                         )
TMA FOREST PRODUCTS GROUP, et al.        )
                                         )
            Defendants.                  )

## ORDER

It is ORDERED that the defendants shall show cause **on or before May 5, 2006**, why the

plaintiff's motion to remand (Doc. # 12) should not be granted.

DONE this the 13th day of April, 2006.


        /s/  W. Keith Watkins
        UNITED STATES DISTRICT JUDGE