IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANTON KELLEY, as Administrator of the Estate of Willene Kelley, deceased, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TMA FOREST PRODUCTS GROUP, et al. )<br>)<br>Defendants. ) | <br><br><br><br><br>CASE NO. 2:06-CV-190-WKW |

## ORDER

It is ORDERED that Plaintiff's Unopposed Motion for Extension of Time (Doc. # 16) is GRANTED. The date for responding to Defendants' Motion to Dismiss is extended from April 14, 2006, to April 24, 2006.

DONE this the 14th day of April, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE