State of Alabama

County of Jefferson

## AFFIDAVIT

My name is Stanton Kelley. I am the son of Willene Kelley who was born September 13, 1936. She was diagnosed with infiltrating ductal carcinoma in the left breast with lymphovascular invasion identified on November 14, 2003. My mother also suffered from asthma during her life. After suffering for months, she died as a result of the breast cancer, which had metastasized, on June 4, 2004.

I am familiar with my mother's residences for most of her life. She resided in the Florala/Lockhart area during most of her life. She resided at several locations in the Florala and Lockhart communities including John Kelley Road and Seminole Avenue. ~~She attended the Florala City school which was located less than one mile from the Louisiana Pacific facility in Lockhart.~~ My mother worked at Lockhart Elementary School in Lockhart, AL from 1987 until 2001, which is less than one-mile from the Louisiana-Pacific wood treatment facility.

Page 1 of 2

She was not employed by any of the owners or operators of the Louisiana-Pacific wood treatment facility. I had no suspicion and Willene had no knowledge or any reason to suspect that the chemicals from the Louisiana-Pacific wood treatment facility caused her illness and death. I now believe that the chemicals which were released into the environment at the Louisiana-Pacific facility caused her illness and death. I know of no other hazardous or toxic chemicals that would have caused his death. Neither I nor my mother knew that the chemicals which were released into the environment from the Louisiana-Pacific facility caused or promote cancer.

_____
STANTON KELLEY

Sworn to and subscribed before me this 12 day of April, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 9-13-08

State of Alabama

County of Covington

## AFFIDAVIT

My name is Samantha McDaniel. I am the daughter of Willene Kelley who was born September 13, 1936. She was diagnosed with infiltrating ductal carcinoma in the left breast with lymphovascular invasion identified on November 14, 2003. My mother also suffered from asthma during her life. After suffering for months, she died as a result of the breast cancer, which had metastasized, on June 4, 2004.

I am familiar with my mother's residences for most of her life. She resided in the Florala/Lockhart area during most of her life. She resided at several locations in the Florala and Lockhart communities including John Kelley Road and Seminole Avenue. My mother worked at Lockhart Elementary School in Lockhart, AL from approximately 1987 until 2001, which is less than one-mile from the Louisiana-Pacific wood treatment facility.

She was not employed by any of the owners or operators of the Louisiana-Pacific wood treatment facility. I had no suspicion and she had

Page 1 of 2

no knowledge or any reason to suspect that the chemicals from the Louisiana-Pacific wood treatment facility caused her illness and death. I now believe that the chemicals which were released into the environment at the Louisiana-Pacific facility caused her illness and death. I know of no other hazardous or toxic chemicals that would have caused her death. Neither I nor my mother knew that the chemicals which were released into the environment from the Louisiana-Pacific facility caused or promote cancer.

*[signature]*
SAMANTHA MCDANIEL

    Sworn to and subscribed before me this 10TH day of April, 2006.

*[signature]*
NOTARY PUBLIC

My Commission Expires: 9-13-08

45335.wpd