IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANTON KELLEY, as Administrator of the Estate of Willene Kelley, deceased,<br><br>  Plaintiff,<br><br>v.<br><br>TMA FOREST PRODUCTS GROUP, et al.<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)   CASE NO. 2:06-CV-190-WKW<br>)<br>)<br>)<br>) |

## **ORDER**

It is ORDERED that the defendants shall show cause **on or before May 17, 2006**, why the following motions filed by the plaintiff should not be granted:

1. Motion to Consolidate (Doc. # 18);

2. Motion to Allow Amended Complaint (Doc. # 20).

DONE this the 27th day of April, 2006.


                              /s/  W.  Keith Watkins
                              UNITED STATES DISTRICT JUDGE