

# CORPORATE DETAILS
### Office of the Secretary of State
### State of Alabama

**INITIATE NEW BROWSE**

```
 Corporation                                             D/C 731-089
    Legal Name:   Lockhart Lumber Company, Inc.

    Place Of Inc: Covington County

    Date Of Inc.: 08-30-1958   Merged.: 11-01-1978

    Merged Into.: D & D Lumber Company, Inc.

    Reg Agent...: * Not On Data Base

    Prin Address: LOCKHART, AL

    Capital Amt.: $125,000 Authorized   $25,000 Paid In

    Nat Of Bus..: MFG PULPWOOD, WOOD CHIPS, PAPER WOOD, ETC

    Names Of Inc: JACKSON, C M
                  LITTLE, GROVER H
                  DIXON, SOLON
                  DIXON, CHARLES
```

**TRANSACTION LIST**

**← PREVIOUS PAGE**



© 2006, Office of the Secretary of State, State of Alabama



EXHIBIT
1



# TRANSACTIONS
Office of the Secretary of State
State of Alabama



```
Corporation                                              D/C 731-089
   Legal Name:   Lockhart Lumber Company, Inc.


                ---- Legal Name Merged In: ------------------------------
11-01-1978..:   Conecuh Lumber Company, Incorporated
```

© 2006, Office of the Secretary of State, State of Alabama