

**MRS. AGNES BAGGETT**
**SECRETARY OF STATE**

STATE OF ALABAMA
OFFICE OF SECRETARY OF STATE
MONTGOMERY, ALABAMA 36130

November 1, 1978

CORPORATIONS AND LAND DIVISION
524 STATE OFFICE BUILDING
205 832-6855

Mr. John R. Olsen
Packaging Corporation of America
1603 Orrington Avenue
Evanston, Illinois 60204

Dear Mr. Olsen:

        Re: Lockhart Lumber Company, Inc.

    In response to your inquiry of November 1, there is no statutory provision in Alabama for reserving a corporate name. An examination of the corporation records on file in this office discloses that the above name is available at this time for corporate use in Alabama; however, in Alabama, domestic corporations currently file their charter documents with the various judges of probate. This office may or may not have received notice of all such filings.

    This office assumes no responsibility for the availability of the above name, nor for duplication of name that might occur.

    The name about which you inquire is being placed in our suspense file for a period of ninety days in an effort to accomodate your desire to reserve this name. Upon expiration of ninety days, the name will automatically be removed from our suspense file.

    This office will need to know when and where each Alabama domestic charter or amendment to charter affecting a change of name is filed. A space for this information is provided at the bottom of this letter and we will appreciate your furnishing this information by returning this letter to this office when the charter or amendment is filed.

    With best wishes, I am

                              Yours sincerely,

                              Mrs. Agnes Baggett
                              Secretary of State

CHARTER DOCUMENT FILED IN_____COUNTY

DATE FILED_____

**EXHIBIT 7**