# EXHIBIT A

# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. John C. Berghoff Jr.

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That John C. Berghoff Jr. was dully admitted to practice in said Court on (01/16/1967) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (02/27/2006 )

                                        Michael W. Dobbins, Clerk,
                                        By: David A. Jozwiak
                                             Deputy Clerk