# EXHIBIT C

# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. Matthew C Sostrin

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Matthew C Sostrin was dully admitted to practice in said Court on (12/18/2003) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (02/27/2006 )

Michael W. Dobbins, Clerk,
By: David A. Jozwiak
Deputy Clerk