IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANTON KELLEY, as Administrator of the Estate of Willene Kelley, deceased,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>TMA FOREST PRODUCTS GROUP, et al. )<br>)<br>Defendants.  ) | CASE NO. 2:06-CV-190-WKW |

**ORDER**

It is ORDERED that a status conference is scheduled for May 23, 2006, at 4:00 p.m, in Courtroom E-200, United States Courthouse, One Church Street, Montgomery, Alabama.

Done this the 12th day of May, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE