IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANTON KELLEY, as Administrator of the Estate of Willene Kelley, deceased,<br><br>　　Plaintiff,<br><br>v.<br><br>TMA FOREST PRODUCTS GROUP, et al.<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:06-CV-190-WKW<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of the Motion for John C. Berghoff, Jr., Mark R. Ter Molen and Matthew C. Sostrin to Appear Pro Hac Vice (Doc. #27) filed on May 12, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 12th day of May, 2006.

　　　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE