**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 22, 2006

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Kelley v. TMA Forest Products Group et al

**Case Number:** 2:06-cv-00190-WKW

**This Notice of Correction was filed in the referenced case this date to add the corrected PDF documents for Exhibits A & B previously attached.**

**The corrected Exhibits A & B PDF documents are attached to this notice for your review. Reference is made to document # 36 filed on May 18, 2006.**