

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**          }
                                                           } ss.
**NORTHERN DISTRICT OF GEORGIA**     }

       I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

       **DO HEREBY CERTIFY** that **ORLYN O. LOCKARD, III, State Bar No. 455377,** was duly admitted to practice in said Court on April 30, 2001, and is in good standing as a member of the bar of said Court.

       Dated at Atlanta, Georgia, this 10th day of January, 2006.

                                       LUTHER D. THOMAS
                                       CLERK OF COURT

                           By: _____
                                     Luis Perez
                                     Deputy Clerk

