IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


STANTON KELLEY, Administrator of the
Estate of WILLENE KELLEY, Deceased                    PLAINTIFF


VERSUS                                CIVIL ACTION NO. 2:06-CV-190-WKW


                                                  JURY TRIAL DEMANDED
PACTIV CORPORATION; et al.                           DEFENDANTS


## FIRST AMENDED COMPLAINT


### JURISDICTION

1.    This action makes claims for damages for violation of the laws

of the State of Alabama.  The Plaintiff specifically does not claim any

damages for violation of federal statutes or law.

### VENUE

2.    Venue of this action is proper in Covington County, Alabama,

because many of the wrongful acts which caused the Plaintiff's injuries and

damages occurred in Covington County, Alabama, and the Plaitniff was

injured in Covington County, Alabama.