IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANTON KELLEY, as Administrator of the Estate of Willene Kelley, deceased, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TMA FOREST PRODUCTS GROUP, et al. )<br>)<br>Defendants. ) | <br><br><br><br><br>CASE NO. 2:06-CV-190-WKW |

## **O R D E R**

Upon consideration of the Motion for Orlyn O. Lockard, III, Douglas Sheppard Arnold, and Bernard Taylor, Sr. to Appear Pro Hac Vice (Doc. # 36) filed on May 18, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 23rd day of May, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE