IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STANTON KELLEY, Administrator of
the Estate of WILLENE KELLEY, Deceased,                    **PLAINTIFF**

VERSUS                                    CIVIL ACTION NO. 2:06CV190-WKW

PACTIV CORPORATION and
LOUISIANA-PACIFIC CORPORATION,                             **DEFENDANTS**

### NOTICE OF FILING AFFIDAVIT

Comes now the Plaintiff and gives notice of filing the Affidavit of W. Eason Mitchell in the above-styled and numbered action.

Respectfully submitted this 6th day of July, 2006.

                         /s/ W. Eason Mitchell
                         W. EASON MITCHELL (MIT020)
                         The Colom Law Firm, LLC
                         Post Office Box 866
                         Columbus, MS 39703-0866
                         Telephone: 662-327-0903
                         Facsimile: 662-329-4832

## CERTIFICATE OF SERVICE

I, W. Eason Mitchell, hereby certify that on July 6, 2006, I electronically filed the foregoing *Notice of Filing Affidavit* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Douglas Sheppard Arnold, Esq.
    Dennis R. Bailey, Esq.
    John C. Berghoff, Jr., Esq.
    John A. Earnhardt, Esq.
    R. Austin Huffaker, Jr., Esq.
    Orlyn O. Lockard, III, Esq.
    Edwin Bryan Nichols, Esq.
    Laura Ellison Proctor, Esq.
    Erin O'Kane Scott, Esq.
    Matthew C. Sostrin, Esq.
    Mark R. Ter Molen, Esq.
    H. Thomas Wells, Jr., Esq.
    Bernard Taylor, Sr., Esq.

This 6th day of July, 2006.

                                        /s/ W. Eason Mitchell
                                        W. Eason Mitchell