**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                            ELEPHONE (334) 954-3600

July 10, 2006

# NOTICE OF CORRECTION

FROM:      Clerk's Office

Case Style:   Kelly v. Pactiv Corporation et al

Case No.:   2:06cv190-LES
            Document 60 Response in Opposition to Motion to Compel

This Notice of Correction was filed in the referenced case this date to replace the pdf with a completed one. The e-filer inadvertently omitted pages 1-4 when originally e-filed.