IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANTON KELLEY, as Administratrix of the Estate of WILLENE KELLEY, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06cv190-LES ) |
| PACTIV CORPORATION, et al, | ) ) |
| Defendants. | ) |

**ORDER**

Now pending before the court are the March 22, 2006, motions for more definite statement (docs. # 7 & 9) filed by defendant Pactiv Corporation and defendant Louisiana-Pacific Corporation. Upon consideration of the motions and for good cause, it is

ORDERED that the motions for more definite statement (docs. # 7 & 9) be and are hereby DENIED without prejudice pending resolution of the defendants' motions to dismiss. It is further

ORDERED that, in the event the pending motions to dismiss are denied, the parties be and are hereby GRANTED leave to refile the motions for more definite statements within ten (10) days of the denial of motions to dismiss.

Done this 7th day of August, 2006.

                                                  /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE